**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

LIGONIER LAW,

          Petitioner

          v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

          Respondent

: No. 17 WAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 22nd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.